## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

| | |
|---|---|
| **JOHN PALMER; GULF SOUTH CAPITAL, INC.; MICHAEL KERCE; GULF SOUTH TECHNOLOGY VENTURES, I, LLC; AND GULF SOUTH POWER VENTURES, LLC** ) ) ) ) | |
| **Plaintiffs,** ) | **CIVIL ACTION NO: 3:16-CV-00292-CWR-LRA** |
| **v.** ) ) | |
| **ITRON, INC.** ) | |
| **Defendant.** ) | |

## STIPULATION OF DISMISSAL

Plaintiffs Gulf South Power Ventures, LLC, John Palmer, Gulf South Capital, Inc., and Michael Kerce ("Plaintiffs") hereby stipulate, pursuant to the terms of a settlement agreement with Itron, Inc. and F.R.C.P. 41(a)(1)(A)(ii), to the dismissal with prejudice of all claims against Defendant Itron, Inc. in this lawsuit.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs claims against Defendant Itron, Inc. are hereby dismissed with prejudice, with each party bearing its own costs and fees.

**SO STIPULATED,** this the 19th day of August, 2016.

/s/ Jason E. Fortenberry
Alan W. Perry (MSB # 4127)
Jason E. Fortenberry (MSB # 102282)
*Attorneys for Plaintiff Gulf South*
*Technology Ventures, I, LLC*

Bradley Arant Boult Cummings LLP
Suite 400, One Jackson Place
188 East Capitol Street
Post Office Box 1789
Jackson, MS 39215-1789
Telephone:  (601) 948-8000
Facsimile:   (601) 592-1418
aperry@bradley.com
jfortenberry@bradley.com

/s/ Donald Puckett
Donald Puckett (*PHV*)
*Attorneys for Defendant*

Donald Murphy (*PHV*)
John Murphy (*PHV*)
NELSON BUMGARDNER, P.C.
3131 West 7th Street, Suite 300
Fort Worth, TX 76107
Phone: (817) 377-9111
Puckett@nelbum.com
murphy@nelbum.com

Donna M. Meehan, MSB No. 100484
Michael D. Simmons, MSB No. 9828
COSMICH, SIMMONS & BROWN, PLLC
One Eastover Center
100 Vision Drive, Suite 200 (39211)
P.O. Box 22626
Jackson, Mississippi 39225-2626
donna@cs-law.com